### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEYDE MORALES,** | : | **CIVIL ACTION NO. 1:05-CV-2615** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE WACKENHUT CORPORATON,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 9th day of June, 2006, upon consideration of the answer

(Doc. 8) to the complaint, the motion (Doc. 9) for a stay of proceedings, and the briefs

(Docs. 10, 12) in support thereof, filed by Attorneys Matthew J. Zamitas, Richard

Margolis, and James M. Prahler, as counsel for defendant, and of the brief in

opposition (Doc. 11) filed by Attorney Edward F. Silva, as counsel for plaintiff, and it

appearing that none of the attorneys are admitted to practice before this court,[1] <u>see</u>

L.R. 83.8 ("In order to practice in this court, an attorney must be admitted to

practice under these rules."), it is hereby ORDERED that:

1.    The documents (Docs. 8, 9, 10, 11, 12) filed by Attorneys Matthew J.
      Zamitas, Richard Margolis, James Prahler, and Edward F. Silva are
      STRICKEN, without prejudice.  <u>See</u> L.R. 83.8.

---

[1]  Although special admission forms were sent to Attorneys Zamites,
Margolis, and Silva on December 20, 2005, the forms have not been returned as of
the date of this order.

2.     On or before June 14, 2006, Attorneys Matthew J. Zamitas, Richard
       Margolis, James Prahler, and Edward F. Silva shall file the appropriate
       applications and pay the applicable fees for admittance to practice
       before this court.


                                    S/ Christopher C. Conner
                                   CHRISTOPHER C. CONNER
                                   United States District Judge