IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEYDE MORALES,** : | **CIVIL ACTION NO. 1:05-CV-2615** |
| : | |
| Plaintiff : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **THE WACKENHUT CORPORATON,** : | |
| : | |
| Defendant : | |

## **ORDER**

AND NOW, this 10th day of August, 2006, upon consideration of defendant's motion for stay of proceedings (Doc. 31), averring that an identical action is currently pending before a state court, and following a telephone conference with counsel for the parties (see Doc. 29), during which counsel for plaintiff represented that the state court action will be voluntarily dismissed so that this action may proceed to trial, it is hereby ORDERED that the motion for stay of proceedings (Doc. 31) is DENIED.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge